# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 17-CV-24321


JGS2021007118

Plaintiff:
**TIMIKI CROWDER,**

vs.

Defendant:
**GBS INTERNATIONAL, INC.,**

For:
JEREMY M. GLAPION, ESQUIRE
GLAPION LAW FIRM
1704 MAXWELL DRIVE
WALL, NJ 07719

Received by COURTESY FLORIDA PROCESS SERVERS 365 on the 4th day of January, 2018 at 5:00 pm to be served on **GBS INTERNATIONAL, INC. c/o LUIS S. TORRES, PRES., 9450 SUNSET DRIVE, MIAMI, FL 33173**

I, Natasha Caplan, do hereby affirm that on the **8th day of January, 2018** at **5:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Anna Montana** as **Secretary** for **GBS INTERNATIONAL, INC. c/o LUIS S. TORRES, PRES**, at the address of: **9450 SUNSET DRIVE, MIAMI, FL 33173**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am not a party to the above action and over age eighteen. The server is certified in the county where the process was served and in good standing with the said court. I also certify that service was made in accordance with Florida Statutes 48.031 and Florida R.C.P. (C) and Rule 4 (C), 50 U.S.C and section 520 F.T. Sec.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. F.S. 92.525 (2

Natasha Caplan
2327

COURTESY FLORIDA PROCESS SERVERS 365
Payment Center
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160
Our Job Serial Number: JGS-2021007118

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n