UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24321-CIV-ALTONAGA/Goodman

**TIMIKI CROWDER**,

    Plaintiff,
v.

**GBS INTERNATIONAL, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On January 8, 2018, Plaintiff, Timiki Crowder, served a copy of the Complaint [ECF No. 1] on Defendant, GBS International, Inc. (*See* Return of Service [ECF No. 12] 1). To date, Defendant has failed to answer or otherwise respond and the deadline to do so has passed. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of clerk's default* no later than **February 5, 2018**, that includes the certificate of service indicating that notice was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file the *motion for entry of clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 30th day of January, 2018.

                                                                                _____
                                                                                **CECILIA M. ALTONAGA**
                                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record