UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24321-CIV-ALTONAGA/Goodman

**TIMIKI CROWDER**,

    Plaintiff,
v.

**GBS INTERNATIONAL, INC.**,

    Defendant.
_____/

<u>**ORDER**</u>

THIS CAUSE came before the Court on receipt of correspondence from Plaintiff requesting additional time and requesting to serve a third-party subpoena [ECF No. 18]. Under Local Rule 7.7, attorneys are not allowed to address the Court in the form of a letter containing an application requesting relief in any form. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of February, 2018.

                                                        _____
                                                        **CECILIA M. ALTONAGA**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record