UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24321-CIV-ALTONAGA/Goodman

**TIMIKI CROWDER**,

    Plaintiff,
v.

**GBS INTERNATIONAL, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, GBS International, Inc.'s Motion to Set Aside Default [ECF No. 24], filed February 20, 2018.

On February 5, 2018, Plaintiff, Timiki Crowder, filed an Application for Entry of Clerk's Default [ECF No. 15] against Defendant, GBS International, Inc., after it failed to answer or otherwise respond to the Complaint [ECF No. 1]. On February 6, 2018, the Clerk entered default against GBS International, Inc. (*see* Clerk's Entry of Default [ECF No. 16]), and the Court entered an Order on Default Final Judgment Procedure [ECF No. 17] the following day. Defendant now moves to set aside the Clerk's Default. (*See generally* Mot.). Defendant explains the Complaint was not directed to the relevant officers of the company upon receipt and "internal mishandling of the pleadings was unintentional." (Mot. ¶ 6). Furthermore, Plaintiff does not oppose the relief sought. (*See id*. ¶ 7)

Courts in this Circuit have a "strong policy of determining cases on their merits," and accordingly "defaults are seen with disfavor." *Fla. Physician's Ins. Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

CASE NO. 17-24321-CIV-ALTONAGA/Goodman

1. The Motion **[ECF No. 24]** is **GRANTED**.

2. The Clerk's Default **[ECF No. 16]** and Order on Default Final Judgment Procedure **[ECF No. 17]** are **SET ASIDE**. The Clerk of Court is instructed to reinstate Defendant, GBS International, Inc.

**DONE AND ORDERED** in Miami, Florida, this 20th day of February, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2