# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-24321-CIV-ALTONAGA/Goodman

**TIMIKI CROWDER**,

      Plaintiff,

v.

**GBS INTERNATIONAL, INC.,**

      Defendant.

_____/

### AMENDED ORDER REQUIRING SCHEDULING REPORT
### AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **March 2, 2018**.   In addition, by **March 2, 2018**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.   Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 20th day of February, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

---

[1]  The parties must not include Judge Altonaga and U.S. Magistrate Judge Goodman as interested parties unless they have an interest in the litigation.