UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24321-CIV-ALTONAGA/Goodman

**TIMIKI CROWDER**,

    Plaintiff,
v.

**GBS INTERNATIONAL, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. On March 26, 2018, the Court entered an Order Scheduling Mediation [ECF No. 32], setting the mediation conference for July 10, 2018 before Rodney A. Max. According to the Order, the parties had seven (7) days after the mediation conference to submit a mediation report. (*See* Order). To date, no mediation report detailing the outcome of the mediation conference has been received. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **July 19, 2018**, the parties shall submit either a mediation report indicating the results of the July 10 mediation conference or a proposed order rescheduling the mediation if it did not take place.

**DONE AND ORDERED** in Miami, Florida, this 18th of July, 2018.

                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record